# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MIGUEL RODRIGUEZ,<br><br>              Petitioner,<br><br>        v.<br><br>DAVE DAVEY, *Warden*,<br><br>              Respondent. | Case No. ED CV 15-0098 VBF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY AND EVIDENTIARY HEARING** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered denying the Petition and dismissing this action with prejudice; and

3.      The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a

1  constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

2  *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of

3  appealability.

4      Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*,

5  131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court

6  decision at the time it was made. It follows that the record under review is limited to

7  the record in existence at that same time *i.e.*, the record before the state court.").

8

9  DATED: __11/02/2016__

10

11                           HON. VALERIE BAKER FAIRBANK
                         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28