JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MIGUEL RODRIGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DAVE DAVEY, *Warden*,<br><br>        Respondent. | Case No. ED CV 15-0098 VBF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 11/02/2016

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE